UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Lionel H Brown
                              Plaintiff,
v.                                                    Case No.: 1:16−cv−08174
                                                      Honorable Amy J. St. Eve
Jeffrey A Hatfield, Jr, et al.
                              Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 19, 2017:

    MINUTE entry before the Honorable Sheila M. Finnegan: Settlement conference held on 9/19/2017. Parties reached a binding settlement agreement. The parties summarized the settlement terms on the record. Parties executed a consent form to submit to this Court's jurisdiction. The parties are to promptly prepare and exchange settlement documents. Telephonic status hearing set for 11/20/2017 at 9:00 a.m. To join the telephone status hearing, dial (877) 336−1831. Access code is 5995354. The status hearing will be cancelled if a stipulation to dismiss is filed prior to the hearing.Mailed notice(sxw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.