UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Lionel H Brown
                        Plaintiff,

v.                                                    Case No.: 1:16−cv−08174
                                                                     Honorable Sheila M. Finnegan

Jeffrey A Hatfield, Jr, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 20, 2017:

      MINUTE entry before the Honorable Sheila M. Finnegan: Telephone status hearing held on 11/20/2017 and continued to 12/11/2017 at 10:30 a.m. Only Plaintiff's counsel appeared and reported that the settlement agreement has been executed and funds have been paid. Parties have not yet filed a stipulation to dismiss due to three outstanding liens that they expect to resolve shortly. The next status hearing will be cancelled if a stipulation of dismissal is filed before the hearing. To join the next telephone status hearing, dial (877) 336−1831, Access code is 5995354, Press #. Mailed notice(sxw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.