## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Lionel H Brown

      Plaintiff,

v.             Case No.: 1:16–cv–08174
             Honorable Sheila M. Finnegan

Jeffrey A Hatfield, Jr, et al.

      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 11, 2017:

  MINUTE entry before the Honorable Sheila M. Finnegan: Telephone status hearing held on 12/11/2017. The parties report that all liens and payments have been lifted and paid. The parties agreed oral motion to dismiss all claims with prejudice with each party to bear it's own fees and costs is granted. Civil case terminated. Mailed notice(sxw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.